Leonard C. Herr, SBN 081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants,
    CITY OF VISALIA and VISALIA POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN ALCAY, <br><br>    Plaintiff, <br><br> v. <br><br> CITY OF VISALIA, CITY OF VISALIA POLICE DEPARTMENT, 50 UNKNOWN NAMED EMPLOYEES OF THE CITY OF VISALIA, and 50 NAMED UNKNOWN DEFENDANTS, <br><br>    Defendants. | CASE NO: 1:12-CV-01643-AWI-SMS <br><br> **STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** <br><br> Current Date: January 22, 2013 <br> Time: 10:30 a.m. <br> Courtroom: 1 <br><br> Complaint Filed: October 4, 2012 |

## RECITALS

WHEREAS, on January 4, 2013, Defendants City of Visalia and Visalia Police Department were served with the Summons and Complaint;

WHEREAS, Defendants City of Visalia and Visalia Police Department's responsive pleading is not due to be filed until January 24, 2013, which is after the currently scheduled Scheduling Conference;

WHEREAS, counsel for the parties agree to continue the Scheduling Conference to a date at least 30 days after January 24, 2013 and at the Court's convenience.

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that the Scheduling Conference scheduled for January 22, 2013 at 10:30 a.m. before Magistrate Judge Sandra M. Snyder shall be continued to February 26, 2013 at 11:00 a.m.

Dated: January 14, 2013          STRASSBURG, GILMORE & WEI

By:  /s/ Justin K. Strassburg
     JUSTIN K. STRASSBURG
     Attorney for Plaintiff,
     JOHNATHAN ALCAY

Dated: January 14, 2013          DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By:  /s/ Leonard C. Herr
     LEONARD C. HERR,
     Attorney for Defendants,
     CITY OF VISALIA and VISALIA POLICE DEPARTMENT

## ORDER

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of counsel,

IT IS HEREBY ORDERED that the Scheduling Conference scheduled for January 22, 2013 is continued to February 26, 2013 at 11:00 a.m., in Courtroom 1.

IT IS FURTHER ORDERED that the parties may appear telephonically at the Scheduling Conference.

Dated: January 14, 2013          /s/ SANDRA M. SNYDER
                                  UNITED STATES MAGISTRATE JUDGE

F:\Client Files\Visalia, City of, 700\705-00 POLICE DEPARTMENT\705-01 Patrol\705-01-019 Alcay v. COV\Scheduling Conference\Stip and Order Cont Sched Conf.doc

LAW OFFICES
DOOLEY HERR PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE