JUSTIN K. STRASSBURG - State Bar No. 238504
STRASSBURG, GILMORE & WEI, LLP
1250 E. Walnut St., #136
Pasadena, California 91106
Telephone: (626) 683-9933
Facsimile:  (626) 683-9944
Email:  JUSTIN@SGWLAWYERS.COM
Attorneys for Plaintiff


                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JOHNATHAN ALCAY,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, CITY OF VISALIA POLICE DEPARTMENT, 50 UNKNOWN NAMED EMPLOYEES OF THE CITY OF VISALIA, and 50 NAMED UNKNOWN DEFENDANTS,<br><br>          Defendants. | CASE NO: 1:12-cv-01643-AWI-SMS<br><br>STIPULATION AND ORDER RE: DEFENDANTS 12(b)(6) MOTION AND FILING OF FIRST AMENDED COMPLAINT |

         TO THE CLERK OF THE ABOVE-TITLED COURT:


     Plaintiff Johnathan Alcay and Defendants City of Visalia and

City of Visalia Police Department hereby submit, through their

undersigned counsel of record, the following Stipulation:

WHEREAS, on October 4, 2012, Plaintiffs filed a Complaint for damages against Defendants;

WHEREAS, on January 24, 2013, Defendants filed a rule 12(b)(6) motion to dismiss set for hearing on March 11, 2013;

WHEREAS, Plaintiff desires to file a First Amended Complaint to address and/or narrow the issues raised in Defendants' 12(b)(6) motion.

NOW, THEREFORE, the Parties agree through their respective attorneys that:

1.   Defendants' Motion to Dismiss of 3/11/2013 be taken off-calendar;

2.   Plaintiff to file a First Amended Complaint no later than 3/25/2013;

3.   Defendants shall have the right to raise any and all responses and defenses to the First Amended Complaint.


DATED:  March 5, 2013          STRASSBURG, GILMORE & WEI, LLP


                               By:    /S/ Justin K. Strassburg
                                  JUSTIN K. STRASSBURG, ESQ.
                                  ATTORNEY FOR PLAINTIFF
                                  JOHNATHAN ALCAY


DATED:  March 5, 2013          DOOLEY, HERR, PELTZER & RICHARDSON,
                               LLP


                               By:    /S/ Leonard C. Herr
                                  LEONARD C. HERR, ESQ.
                                  ATTORNEY FOR DEFENDANTS
                                  CITY OF VISALIA AND VISALIA POLICE
                                  DEPARTMENT

**ORDER**

IT IS SO ORDERED.

Dated:   March 6, 2013

SENIOR  DISTRICT  JUDGE