**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONATHAN ALCAY,** ) | **1:12-CV-1643  AWI SMS** |
| ) | |
| **Plaintiffs**, ) | **ORDER VACATING JUNE 17,** |
| **v.** ) | **2013, HEARING DATE AND** |
| ) | **TAKING MATTER UNDER** |
| **CITY OF VISALIA, et al.,** ) | **SUBMISSION** |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

     Currently pending before this Court is Defendants' Rule 12(b)(6) motion to dismiss. Hearing on this matter is set for June 17, 2013, at 1:30 p.m.  The Court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 17, 2013, is VACATED, and the parties shall not appear at that time.  As of June 17, 2013, the Court will take this motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 11, 2013

_____

SENIOR  DISTRICT  JUDGE