Leonard C. Herr, SBN 081896
DOOLEY HERR PEDERSEN & BERGLUND BAILEY
Attorneys at Law LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendants,
　　　　CITY OF VISALIA and VISALIA POLICE DEPARTMENT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNATHAN ALCAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VISALIA, CITY OF VISALIA POLICE DEPARTMENT, 50 UNKNOWN NAMED EMPLOYEES OF THE CITY OF VISALIA, and 50 NAMED UNKNOWN DEFENDANTS,<br><br>　　　　Defendants. | CASE NO:  1:12-cv-01643-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING JANUARY 23, 2015 PRETRIAL CONFERENCE**<br><br>Trial Date:   April 27, 2015 |

**I.**

**RECITALS**

WHEREAS, a Pretrial Conference for this case is scheduled for Friday, January 23, 2015 at 8:30 a.m. in Courtroom 2 of the United States District Court – Eastern Division;

WHEREAS, Leonard C. Herr is attorney of record for the Defendants, CITY OF VISALIA and CITY OF VISALIA POLICE DEPARTMENT;

WHEREAS, Leonard C. Herr is also attorney of record for the Plaintiffs in a matter entitled *Solid Landings Behavioral Health, Inc. v. City of Costa Mesa* (United States District Court Case Number 8:14-CV-01838-JVS-JCG);

///

Law Offices of
DOOLEY HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER REGARDING JANUARY 23, 2015
PRETRIAL CONFERENCE**

1  WHEREAS, United States District Court Judge James V. Selna has issued
2  an Order to Show Cause in the *Solid Landings Behavioral Health, Inc. v. City of*
3  *Costa Mesa* case and initially set the hearing for Monday, January 12, 2015 at 3:00
4  p.m.;

5  WHEREAS, on December 23, 2014 United States District Court Judge
6  James V. Selna changed the date of the hearing on the Order to Show Cause to
7  Friday, January 23, 2015 at 1:30 p.m.;

8  WHEREAS, United States District Court Judge Anthony W. Ishii's courtroom
9  is in Fresno, California and United States District Court Judge James V. Selna's
10 courtroom is in Santa Ana, California; and

11 WHEREAS, it is exceedingly unlikely for Leonard C. Herr to both physically
12 attend the Pretrial Conference and the Order to Show Cause on the same date.

## II.

### **STIPULATION**

15 IT IS HEREBY STIPULATED to by and between the parties through their
16 respective attorneys of record that the date of the Pretrial Conference may be
17 moved to a date that is convenient for the court; or, in the alternative that Leonard
18 C. Herr can participate in the Pretrial Conference telephonically.

20 DATED: December 31, 2014        STRASSBURG, GILMORE & WEI, LLP

21                                 By: ____/s/ Justin K. Strassburg_____
                                        JUSTIN K. STRASSBURG
22                                      Attorneys for Plaintiff
                                        JOHNATHAN ALCAY
23

24 DATED:  December 31, 2014       DOOLEY HERR PEDERSEN & BERGLUND BAILEY
25
                                   By:  __/s/ Leonard C. Herr_____
26                                      LEONARD C. HERR,
                                        Attorneys for Defendants
27                                      CITY OF VISALIA and VISALIA
                                        POLICE DEPARTMENT

Law Offices of
DOOLEY HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION AND ORDER REGARDING JANUARY 23, 2015
PRETRIAL CONFERENCE**

**ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of legal counsel for the parties, the Pretrial Conference is continued to January 30, 2015, <u>at 10:00 a.m.</u> in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   January 7, 2015                              _____
                                                                   SENIOR DISTRICT JUDGE

Law Offices of
DOOLEY HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200