UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN ALCAY, | No. 1:12-cv-01643-AWI-SMS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CITY OF VISALIA, et. al., | |
| Defendants. | |

Pursuant to the joint stipulation for dismissal with prejudice filed January 29, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   January 29, 2015                                                  _____
                                                                           SENIOR DISTRICT JUDGE

1